# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:08-CV-144 JVB |
| CLINTON J. BOGGS, | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

Defendant Clinton J. Boggs, who is not represented by counsel, has asked the Court to grant him leave to appeal a judgment against him without prepayment of appellate fees. Finding that the Defendant has satisfied the requirements of Federal Rule of Appellate Procedure 24(a), the Court grants his motion, and grants leave for the Defendant to proceed on appeal in forma pauperis.

The Clerk is directed to send a copy of this Order to the Court of Appeals for the Seventh Circuit.

SO ORDERED on October 21, 2009.

    s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE